IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE CARLOS ARRAS, JR. | ) | CRIMINAL NO. 02- 598 MCA |
| and LORENZO RUIZ, | ) | |
| | ) | COUNT I:  21 U.S.C. § 963: Conspiracy to |
| Defendants. | ) | Import; |
| | ) | |
| | ) | COUNT II:  21 U.S.C. § 846: Conspiracy. |

## I N D I C T M E N T

The Grand Jury charges:

### COUNT I

Between on or about the 1st day of January, 2002, and continuing thereafter until or on about the 29th day of March, 2002, in Doña Ana County, in the State and District of New Mexico and elsewhere, the defendants, **JOSE CARLOS ARRAS, JR. and LORENZO RUIZ**, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other and with other persons whose names are known and unknown to the grand jury to commit the following offense against the United States, to wit:  Importation of less than 50 kilograms of Marijuana, a Schedule I controlled substance, into the United States of America from a place outside the United States, to-wit:  the Republic of Mexico, contrary to 21 U.S.C. § 952(a); 21 U.S.C. § 960(a)(1); and 21 U.S.C. § 960(b)(4).

In violation of 21 U.S.C. § 963.



## COUNT II

Between on or about the 1st day of January, 2002, and continuing thereafter until or on about the 29th day of March, 2002, in Doña Ana County, in the State and District of New Mexico and elsewhere, the defendants, **JOSE CARLOS ARRAS, JR. and LORENZO RUIZ,** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other and with other persons whose names are known and unknown to the grand jury to commit the following offense against the United States, to wit: Possession with intent to distribute less than 50 kilograms of Marijuana, a Schedule I controlled substance, contrary to 21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841 (b)(1)(D).

In violation of 21 U.S.C. § 846.

A TRUE BILL:

_John W Brusner_
FOREPERSON OF THE GRAND JURY

_Mick I. R. Gutierrez for_
DAVID C. IGLESIAS
United States Attorney

04/10/02 8:16am

2