IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**JOSE CARLOS ARRAS**                        **CR-02-598 MCA**
    Defendant.

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

**THIS MATTER** having come before the Court on Defendant Arras' Unopposed Motion to Modify Conditions of Supervised Release, Document 164, and good cause appearing for the modification, the Court **FINDS** the motion is well taken and should be granted.

**IT IS ORDERED** that Mr. Arras' conditions of supervised release be and hereby are modified to allow Mr. Arras to travel to Mexico with his children beginning July 6, 2018 and continuing through July 17, 2018.

**IT IS FURTHER ORDERED** that all other conditions of supervised release shall remain unchanged.

_____
UNITED STATES DISTRICT JUDGE